# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**HAKAM SUELIMAN,**

    **Plaintiff,**

**vs.**                                           **CASE NO. 4:11cv150-MP/WCS**

**WAKULLA COUNTY JAIL,**

    **Defendant.**

_____/

## REPORT AND RECOMMENDATION

Plaintiff, a *pro se* prisoner, sought to initiate this case by filing a complaint on April 12, 2011, but he failed to either pay the filing fee or submit a motion for *in forma pauperis* status. An order was entered directing Plaintiff to correct that deficiency, doc. 3, and Plaintiff then filed an *in forma pauperis* motion. Doc. 4. That motion, however, was deficient and not in compliance with this court's order entered April 14, 2011, doc. 3. Plaintiff did not submit the motion on the form provided to him by the Clerk, nor did Plaintiff attach his inmate bank statement for the months requested. Doc. 4. Plaintiff was directed to correct those deficiencies by June 10, 2011. Doc. 5.

As of this date, Plaintiff has failed to comply with that court order. Plaintiff was advised that if he failed to comply with the order, his case would be dismissed for failure

to prosecute. Doc. 5. Therefore, this case should be dismissed for Plaintiff's failure to prosecute and failure to comply with a court order. Dismissal should be without prejudice to Plaintiff's submission of a new complaint in which he simultaneously submits the filing fee or motion for leave to proceed *in forma pauperis*.

In light of the foregoing, it is respectfully **RECOMMENDED** that this action should be **DISMISSED** for failure to prosecute and failure to comply with a court order.

**IN CHAMBERS** at Tallahassee, Florida, on June 28, 2011.

    s/    William C. Sherrill, Jr.
**WILLIAM C. SHERRILL, JR.**
**UNITED STATES MAGISTRATE JUDGE**

### NOTICE TO THE PARTIES

**A party may file specific, written objections to the proposed findings and recommendations within 14 days after being served with a copy of this report and recommendation. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**